UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO: SA:22-CR-00531(1)-XR |
| | § | |
| (1) ENRIQUE RAZO SR | § | |

**ORDER GRANTING CONTINUANCE
AND AMENDING SCHEDULING ORDER**

On this day came on to be considered the Defendant's Unopposed Motion to Continue Scheduling Order Deadlines. Upon consideration, the Court is of the opinion that the motion is meritorious and should be **GRANTED**.

The Court finds that the period between **September 03, 2024** and **December 09, 2024** is a reasonable period of necessary delay in order for the defendant to negotiate a plea; and/or prepare for trial. The Court finds that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial, and further finds that the above period shall be excluded in computing the time in which said defendant must be brought to trial under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

It is hereby ORDERED that Defendant's Unopposed Motion to Continue **(Doc. # 48)** is **GRANTED**.

It is FURTHER ORDERED that this case will proceed on the following-amended schedule:

The deadline for notifying the Court of any **PLEA AGREEMENT** entered into by the parties in this cause is **Friday, November 15, 2024**. No plea agreement entered into after that date will be honored by this Court without good cause shown for the delay.

**DOCKET CALL** or **REARRAIGNMENT** and **PLEA** are set for **Tuesday, November 26, 2024 at 1:30 P.M.,** in **Courtroom H** on the Third Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas. Proposed jury instructions, voir dire, and motions in limine shall be filed by **Friday, November 22, 2024**.

**JURY SELECTION AND TRIAL** are set for **December 09, 2024** at **9:00 A.M.,** in **Courtroom H** on the Third Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas.

**AS A REMINDER TO THE ATTORNEY FOR DEFENDANT:**

If your client is in custody, arrangements should be made with the U.S. Marshal Service prior to the date of jury selection and trial to ensure your client has proper attire. In addition, whenever defendants or witnesses have a need for the services of the **Court Interpreter**, please notify the Courtroom Deputy no later than **five (5) days** before this court setting.

The Clerk of Court shall send a copy of this order to the United States Attorney, attorney for the defendant, United States Marshal, United States Probation Officer, and Pretrial Services Officer. **Counsel for defendant will notify the defendant of this setting**, and if the defendant is on bond, advise the defendant that he or she must be present for all court settings unless excused by the Court. All inquiries pertaining to this Scheduling Order should be directed to Sylvia Ann Fernandez, Courtroom Deputy for Judge Xavier Rodriguez, at (210) 244-5011.

Signed this 9th day of August, 2024.

_____
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**